**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Clarence D. Lewis
Raymond Labborde Corr. DOC No. 123525
1630 Prison Rd.
Cottonport LA 71327

> Judgment on rehearing rendered and mailed to all parties or counsel of record on October 7, 2020

**REHEARING ACTION: October 7, 2020**

**Docket Number: 20   00306-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CLARENCE D. LEWIS**

**Writ Application from Lafayette Parish Case No. 130950**

**BEFORE JUDGES:**

   **Hon. Billy Howard Ezell**
   **Hon. Shannon J. Gremillion**
   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Clarence D. Lewis** is:

   **REHEARING DENIED**.  Uniform Rules—Courts of Appeal, Rule 2-18.7

cc: Hon. Keith A. Stutes, Counsel for  the Respondent